**98–2142.   State v. Price.**
Hamilton App. No. C–970685.   On review of order certifying a conflict.   The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).   This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2247.   Duhart v. Mohr.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

# MOTION DOCKET

**98–1074.   State v. Jalowiec.**
Lorain App. No. 96CA006445.   On motion for leave to proceed *pro se.*   Motion denied.

DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent.

**98–1894.   State v. Fields.**
Hamilton App. No. C–930638.   On motion for leave to file delayed appeal.   Motion denied.